No. 1336, Misc. DELAGARDE *v.* KRUEGER, WARDEN;

No. 1374, Misc. SHEFTON *v.* WARDEN, MARYLAND PENITENTIARY;

No. 1384, Misc. CARTER *v.* MITCHELL, ATTORNEY GENERAL, ET AL.; and

No. 1397, Misc. BARNES *v.* TEXAS ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 908. CARTER ET AL. *v.* JURY COMMISSION OF GREENE COUNTY ET AL. Appeal from D. C. N. D. Ala. Probable jurisdiction noted and case set for oral argument immediately following No. 842 [*ante,* p. 1078.] *Jack Greenberg, Norman C. Amaker,* and *Orzell Billingsley, Jr.,* for appellants. *MacDonald Gallion,* Attorney General of Alabama, and *Robert P. Bradley,* Assistant Attorney General, for appellees.

No. 938. HADLEY ET AL. *v.* JUNIOR COLLEGE DISTRICT OF METROPOLITAN KANSAS CITY ET AL. Appeal from Sup. Ct. Mo. Probable jurisdiction noted. *Irving Achtenberg* for appellants. *William J. Burrell* and *Heywood H. Davis* for Junior College District of Metropolitan Kansas City et al., and *John C. Danforth, pro se,* and *Louis C. DeFeo, Jr.,* Assistant Attorney General, for the Attorney General of Missouri, appellees.

No. 709, Misc. ASHE *v.* SWENSON, WARDEN. C. A. 8th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Norman H. Anderson,* Attorney General of Missouri, and *Maxim N. Bach,* Assistant Attorney General, for respondent.